FILED

1  PETE REYNOSA
   PATRICIA REYNOSA          2011 DEC 19  AM 11: 43
2  110 ANNED DRIVE
   PLACENTIA, CA 92870       CLERK U.S. DISTRICT COURT
3  714-598-9232              CENTRAL DIST. OF CALIF.
                                    SANTA ANA
4                            BY_____

5

6
                    UNITED STATES DISTRICT COURT
7                   CENTRAL DISTRICT OF CALIFORNIA

8

9

10 PETE REYNOSA AND PATRICIA         Case No.:  **SACV11-01955 CJC (ANx)**
   REYNOSA
11
                                     
12        Plaintiff,                 **COMPLAINT OF WRONGFULL**
                                     **FORECLOSURE,  INJUNCTION**
13      vs.                          **DEMAND FOR JURY TRIAL**

14 BANK OF AMERICA, N.A. BAC HOME
   LOANS SERVICING, LP, RECONTRUST,
15 N.A. CHASE HOME FINANCE, LLC,
   and DOES 1 to 10,
16
         Defendants.
17

18     1. PETE AND PATRICIA REYNOSA . at all times relevant to

19 this action are a Plaintiff's SUI JURIS.
20

21
       2. This Court is the correct Jurisdiction due to Diversity
22
   of Citizenship, Plaintiff's are domiciled in Orange County
23
   California, and the Defendants are domiciled in New York, New
24
   York. The amount in controversy is $841,000.00 over the
25
   $75000.00 required for this Court to hear this matter. There are
26
27
   Federal Statutes that have been violated. The First RICO claim,
28

                                    1
                  [complaint of wrongful foreclosure injuction]

USC 18§ 242,243 fraudulent Conversion of another's real property. The Second RICO claim, for using the U.S. Mail more then twice to collect an unlawful debt is also in violation of 18 U.S.C.§§ 1341,1343,1961 and 1962 and grounds for the 2nd RICO claim.  Plaintiff  also has provided this Court evidence to support the fact it is legally impossible for the Defendant's, to have acquired a lien on this property through an unbroken chain of title.  The Comprehensive Prospectus and Prospectus Supplement Securitization Report from the SEC Web Site, details the responsibilities and rights of the Trust. Furthermore, at no place in the Prospectus and Prospectus Supplement is  the Note referred to as anything but non-recourse, just as the subject property has no claim against the Trust, The Trust has no claim against the subject property.

3. The real party in Interest must be determined from the endorsements on the "Original Note",  supported by assignments of the Note. Additionally, even *if* the note and endorsements are able to be authenticated in this case it *must* show that Defendant's was in fact the true beneficiary of the payments to have legal standing to initiate any kind of Foreclosure action

2

4. Plaintiff has evidence to support the fact it is legally impossible for any of the Defendants BANK OF AMERICA, N.A. BAC HOME LOANS SERVICING, LP, RECONTRUST, N.A.and CHASE HOME FINANCE LLC, hereby referenced as Defendant's to have acquired the legal right to initiate any foreclosure proceedings because the chain of title has been irrevocably broken.

5.In a recent case, in Los Angeles County, Ronald v. Bank of America. Cv 10-5740. Defendants admitted that they have been filling affidavits and other documents to foreclose on homeowners throughout the country that were fraudulent, whereby they had not looked at the documents before signing them.

6. Plaintiff states that Defendants, lack proper legal standing to foreclose, as Mortgage Electronic Registration System INC, (MERS), *never* had any authority to assign any beneficial interest in a Note to , Defendants OR ANYONE  ELSE, because it never *held* the  Note, and has never had a tangible interest in the property.

7.    Furthermore, the "Original Note" was already delivered to a Mortgage Backed Security Pool, with no recourse. The original note and the right to foreclose upon the original note, are subject to the following: Federal Accounting Standards Board.

3

See FASB No.140 page 45, § 80,81,82, and UCC Article 3, entitled "Negotiable Instruments" 3-106 (d). If a promise or order at the time it is issued or first comes into possession of a holder contains a statement, required by applicable statutory or administrative law, to the effect that the rights of a holder or transferee are subject to claims or defenses that the issuer could assert against the original payee, the promise or order is not thereby made conditional for the purposes of Section 3-104(a); but if the promise or order is an instrument, there cannot be a holder in due course of the instrument.

### HOLDERS OF A NOTE SEEKING TO FORECLOSE

8. Because constitutional standing "is a threshold jurisdictional requirement, and cannot be waived", *Pershing Park Villa Homeowners Ass'n v. United Pacific Ins. Co.*, <u>219 F.3d 895, 899,900</u>. If a lender can not prove standing, Court's have no authority to hear their motion for relief and must dismiss the motion.

9. "An instrument (including a secured note) may only be enforced by the 'holder' of the note . . UCC § 3-301 from *In re Kang Jin Hwang*, <u>396 B.R. 757</u>. For an instrument payable to an

4

1  identified person (such as the note in this case), there are two

2  requirements for a person to qualify as a holder: *(a) the person*

3  *must be in possession of the instrument, and*

4  *(b) the instrument must be payable to that person*[emphasis

5  supplied] See UCC § 1201 (20); UCC § 1-201(20)". *In re Hang Jin*

6

7  *Hwang*, 396 B.R. 757 at 764. "Thus a fundamental feature of

8  negotiable instruments is that they are transferable by the

9  *delivery* of possession, *not by contract or assignment* [emphasis

10  added]. . .  UCC § 3-203(b). Thus, the right to enforce a

11  negotiable instrument is only transferable by *delivery* of the

12

13  instrument itself. UCC § 3-203" *(emphasis added). Id at 763.*

14

15      10.The resulting unsubstantiated assignment, as

16  Plaintiff believes has occurred here, did *not* automatically

17  grant Defendants's the status of a "Holder", and therefore,

18  Defendant's have no right to foreclose.

19

20

21      11.The Defendants would likely claim in a response that

22  by virtue of their claim to be acting as  Trustee, to its

23  automatically "being the Owner" of the Note and deed of Trust,

24  with all the properly executed  and time sensitive dated

25  assignments, executed by the proper parties. Implying that said

26  Note along with the Mortgage were duly *assigned* and transferred

27  to the Defendants, who are attempting to foreclose on the

28

5

Plaintiff. Plaintiff's respectfully asserts that the Defendant's, own assertions of standing are legally insufficient on its face. Defendants premise of standing is apparently its assumed claim of "ownership" of the Note. Where is the proof?

12. Moreover, if any of the Defendant"s desires to proceed with this foreclosure proceeding they need to demonstrate to this Court where in the chain of title how any of these defendants acquired this *alleged* negotiable financial instrument.

13. Defendants are apparently purporting to have received some instruction to initiate the foreclosure action, to which Plaintiff is objecting, and is the basis for this complaint. Who provided BAC, or any of the Defendants, with an "Original Note and Deed of Trust". *These instruments must have been properly executed with time sensitive endorsements,*that are not outright forgeries. To have these original  instruments and all documents evidencing obligations secured thereby  is a clear violation of the terms of Prospectus and Prospectus Supplement contained in the Securitization Audit.  In the original Deed of Trust and Assignment of Rents, Mortgage Electronic Registration System, INC, aka MERS was named as the Trustee and Beneficiary.

14. Courts have repeatedly ruled that MERS has *no* standing to assign any Note and Mortgage to anyone. Courts have held that MERS never has had any authority to *assign* any beneficial interest in a Note because it has never *held* the Note and has never had a tangible interest in the mortgage.

*Landmark Nat. Bank v Kesler, 216 P.3d 158, 167 (Kan.,2009) ; Bellistri v Ocwen Loan Servicing, LLC, 284 S.W.3d 619, 623 (Mo. App.2009); In re Wilhelm, 407 B.R. 392(Bankr.D.Idaho 2009); In re Vargas, 396 B.R. 511 (Bankr.C.D.Cal.2008)*

15.Therefore Defendant's, are required to provide this Court with proof of how they acquired the original Note and Mortgage from MERS. How they got it, what value they gave for it, demonstrate that it was a 'true sale', and demonstrate proof of their beneficial interest, including all required endorsements.

16. Finally, Plaintiff has proof that the Note upon which the Defendant seeks to prevail in this case has been securitized into a pool of funds and therefore is no longer a negotiable instrument. When a Note is securitized it is no longer a negotiable instrument because the very terms of the Trust documents, those being the prospectus and prospectus supplement that directs and manages the securitized pool grants "*no*

[complaint of wrongful foreclosure injuction]

*recourse*" to the pool to foreclose upon any individual property.
Therefore, none of the Defendants, has any attachment to the
subject property, and the beneficial interest  belongs to a
group of unnamed investors that are not a party to this action
and have no recourse, and who have been made whole by the 3
different types of insurance provided for and outlined in the
Prospectus and Prospectus Supplement.

### ASSIGMENT ALONE IS INSUFFICENT

17.  Assignment of a Note is insufficient to transfer the
Note and does not create a right to enforce it, but only a claim
to ownership, because only negotiation and transfer grant the
right to enforce. *In re Wells*, 407 B.R. 873 (Bankr. N.D. Ohio,
2009), appeal to District Court dismissed with prejudice at *In
re Wells*, 1:09-cv-01879-DAP,Doc 11, Filed 01/28/10(N.D. Ohio
2010); See also see also U.C.C. § 3-203 cmt. 1(2002).

18. Upon examination of the "Original Note" and alleged
endorsements, Plaintiff will show that Defendant's home loan
servicing, or any of the named Defendant's, acquired, or
fabricated through Fraud also known as "Robo Signing", which are
outright forgeries of the original documents to this property.
These events were the result of a *broken chain* of title. This is

[complaint of wrongful foreclosure injuction]

a common practice among loan servicing companies, where tens of thousands of fraudulent assignments have been manufactured so dishonest servicers and banks could circumvent the legal process and deny millions of homeowners due process, as illustrated by exhibit "B", in the Slide presentation provided courtesy of The Attorney General of the State of Florida.

19. Plaintiffs states that Defendants, have never provided even a shred of  evidence that they were the actual "holder in due course of the Note", and had secured all legal rights to foreclose, nor has Defendant provided any evidence that its rights thereunder were "transferable by delivery of the instrument itself". UCC§ 3-203. Defendant  would likely have this Court  believe that a mortgage that originally named MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, as the beneficiary, who, then subsequently allegedly assigned their rights to Defendant's, and it became *their* property, with all rights and privileges, including the ability to foreclose, with only the minimal documentation that any lender today can generate.

*20. The data supplied, and the verification processes employed by those who would foreclose on residences must be above reproach. 25. In re Rivera, 342 B.R. 435, 441 (Bankr. D.N.J. 2006)(emphasis added). Cases that state or imply it is*

a violation to misrepresent the chain of transfer of note
ownership, and even to file a motion without first researching
said information, are violations of Rule 7011. *In re Hayes*,
393 B.R. 259, 269 (Bankr.Mass., 2008); *In re Maisel*, 378
B.R.19, 22 (Bankr.Mass., 2007); *In re Parrish*, 326 B.R. 708,
720 (Bankr.N.D.Ohio 2005). They may also warrant sanctions
under 28 U.S.C. § 1927.3 *In re Hayes*, supra

21. Furthermore, regarding the "Trustee": This individual is
given the assigned duty to represent the trust itself as
executor. The trustee does not own a beneficial interest in the
trust, for to do so would make him personally liable for the
debts of the trust and violate merger doctrine. The Trustee
cannot be a beneficiary (Reinecke v. Smith), nor can the Trustee
be the person creating the trust. If the Trustee acts outside of
the capacity of his position or the beneficiary acts for him,
the *merger doctrine* kicks in and the basic tenets of the trust
have been violated.

## STANDING AND REAL PARTY IN INTEREST

22. A federal court's jurisdiction is dependent upon the
standing of the litigant, which includes both constitutional
standing and prudential standing (Real Party in Interest).
Constitutional standing is a requirement of Article III of the
Constitution, is a threshold Jurisdictional requirement, cannot
be waived, and can be raised at any time.4 *In re Jacobson*, 402

[complaint of wrongful foreclosure injuction]

1  B.R. 359 (Bankr. W.D.Wash.,2009); *In re Kang Jin Hwang*, 396 B.R.

2  757,768 (Bankr.C.D.Cal., 2008).

3

4

5

6                         **PRAYER FOR RELIEF**

7

8  Therefore the Plaintiff's Respectfully requests a Jury Trial due

9  to the facts 1.  Plaintiff's are the real party of interest  2.

10 Defendant's  have no standing to bring a foreclosure action 3.

11 Defendant's  have never held a beneficial interest in the note.,

12 Defendant's "Original Note" *alleged* claim of interest, and

13 status as Beneficiary as a true holder in due course, *all*

14 required by law for Defendant's to legally foreclose upon the

15 subject property are a complete fabrication and fiction. The

16 Court should order Defendant's to remove their security interest

17 in the subject property  and award treble damages for fraud

18 ($641,000) and such other relief the Court deem just and proper.

19

20

21

22

23                    By: _____

24                         PETE REYNOSA

25

26                    By: _____

27                         PATRICIA REYNOSA

28

                                   11

                   [complaint of wrongful foreclosure injuction]

Name & Address:

PETE REYNOSA AND PATRICIA REYNOSA
110 NAMED DR. PLACENTIA CA 92670

*FOR OFFICE USE ONLY*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PETE REYNOSA AND PATRICIA REYNOSA

PLAINTIFF(S)

v.

BANK OF AMERICA, N.A., BAC HOME LOANS
SERVICING, LP, RECONTRUST, N.A. CHASE
HOME FINANCE, LLC and DOES 1 to 10

DEFENDANT(S).

CASE NUMBER

**SACV11-01955 CJC (ANx)**

**SUMMONS**

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _____, whose address is _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __December 19, 2011__          By: _____

AMY DAVILA

Deputy Clerk

*(Seal of the Court)*

*FOR OFFICE USE ONLY*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

PETE REYNOSA
PATRICIA REYNOSA
110 N ANNED DR
PLACENTIA, CA 92870  7145989232

**DEFENDANTS**

BANK OF AMERICA, N.A. BAC HOME
LOANS SERVICING, LP, RECENTRUST,
CHASE HOME FINANCE, LLC, and DOES
1 to 10

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

PETE REYNOSA PATRICIA REYNOSA
110 N. ANNED DR PLACENTIA CA
92870

**Attorneys** (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

---

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No       ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

---

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending |  | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty |  |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations |  | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service |  | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare |  | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability |  | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | IMMIGRATION | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee |  | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
|  | ☐ 290 All Other Real Property | ☐ 290 All Other Real Property |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |

---

**FOR OFFICE USE ONLY:**   Case Number: _____

**SACV11-01955 CJC (ANx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV11-1955 CJC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
   **312 N. Spring St., Rm. G-8**
   **Los Angeles, CA 90012**

[X] **Southern Division**
   **411 West Fourth St., Rm. 1-053**
   **Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
   **3470 Twelfth St., Rm. 134**
   **Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
#### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                    ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                    ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                    ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Unknown | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_     Date 12 / 19 / 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |