UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-1955-CJC(ANx)            Date: February 13, 2012

Title: <u>PETE REYNOSA, ET AL. v. BANK OF AMERICA, N.A., ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH LEAVE TO AMEND** [filed 1/13/12]

       Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for February 27, 2012 at 1:30 p.m. is hereby vacated and off calendar.

**Introduction and Background**

       Plaintiffs Pete and Patricia Reynosa (collectively, "Plaintiffs") bring this action arising out of the foreclosure of their home against Defendants Bank of America, N.A. (appearing on behalf of itself and as successor in interest to BAC Home Loans Servicing, LP) and ReconTrust Company (collectively "Defendants"), as well as Chase Home Finance, LLC, and fictitious defendants. Plaintiffs filed suit in this Court on December 19, 2011. Defendants now move to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). For the following reasons, Defendants' motion to dismiss is GRANTED WITH LEAVE TO AMEND.

**Analysis**

       Local Rule 7-12 of the Central District of California addresses a party's failure to file required papers. It states:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-01955-CJC(ANx)            Date: February 13, 2012
                                                                Page 2

        The Court may decline to consider any memorandum or other paper not filed within the deadline set by order or local rule. The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.

Local Rule 7-12. Here, Plaintiffs have failed to file a timely opposition to Defendants' motion to dismiss the Complaint, having filed their opposition four days after the February 6, 2012 deadline. Additionally, Plaintiffs claims suffer from many of the defects outlined in Defendants' motion to dismiss. Plaintiffs would be well-advised to consider Defendants' arguments should they choose to amend their Complaint.

**Conclusion**

       For the foregoing reasons, Defendants' motion to dismiss is GRANTED WITH LEAVE TO AMEND. Plaintiffs shall have twenty days from the date of this minute order to file their First Amended Complaint. Defendants shall have twenty days thereafter to file a responsive pleading.

jsk

MINUTES FORM 11
CIVIL-GEN                                                                            Initials of Deputy Clerk: MU